UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. _____

BEVERLY PIERRE,

    Plaintiffs,

vs.

CATALINA HOTEL, LLC,
a Florida limited liability company,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, CATALINA HOTEL, LLC, a Florida Limited Liability Company, pursuant to 28 U.S.C. § 1441 and § 1446, files this Notice of Removal of the above captioned action presently pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case Number: 17-012035 CA 01, and states as follows:

1. On or about May 18, 2017, Plaintiff, BEVERLY PIERRE ("Plaintiff") filed her Complaint in the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida, Case Number: 17-012035 CA 01.

3. Catalina was served with the Complaint on May 26, 2017.

4. The Complaint alleges violations of federal law which allegedly occurred within the Southern District of Florida. Specifically, Count I of the Complaint is a claim made under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA"). Count II of the Complaint is a claim made under the FLSA for retaliation.

1

5.  The above described action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 (Federal Question), and is one which may be removed to this Court by Catalina pursuant to the provisions of 28 U.S.C. § 1441 (a)-(c).

6.  Pursuant to 28 U.S.C. § 1446 (b), this Notice is being filed with this Court within thirty (30) days after Catalina has been served with the Complaint.

7.  In accordance with 28 U.S.C. § 1446 (d), written Notice of the Filing of this Notice of Removal will be given to the adverse party, and copy of this notice will be filed with the Clerk of the Circuit Court, a copy of which is attached hereto as **Exhibit "1."** In accordance with 28 U.S.C. § 1446 (a), a copy of all process, pleadings and orders served upon Catalina is attached hereto as **Exhibit "2."**

8.  Catalina consents to the removal of this action to the United States District Court for the Southern District of Florida federal court.

Dated: June 1, 2017

Respectfully submitted,

/s/ *Joshua M. Entin*
Joshua M. Entin, Esq.
Fla. Bar No. 493724
josh@entinlaw.com
Candace D. Cronan, Esq.
Florida Bar No. 90983
candace@entinlaw.com
ENTIN & DELLA FERA, P.A.
633 S. Andrews Avenue, Suite 500
Ft. Lauderdale, Florida 33301
Tel: (954) 761-7201 | Fax: (954) 764-2443
***Attorney for Defendant Catalina Hotel, LLC***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of June, 2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          s/ Joshua M. Entin, Esq.
                                          Joshua M. Entin, Esquire

## SERICE LIST

### *PIERRE vs. CATALINA HOTEL, LLC.*
**United States District Court, Southern District of Florida**

**Anthony M. Georges-Pierre, Esquire**
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street
Suite 2200
Miami, FL 33130
(305) 426-5000 (tel)
(305) 416-5005 (fax)
E-Mail: agp@rgpattorneys.com
Florida Bar Number: 533637
*Attorney for Plaintiff*


**Rainier Regueiro, Esquire**
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street
Suite 2200
Miami, FL 33130
(305) 426-5000 (tel)
(305) 416-5005 (fax)
E-Mail: rregueiro@rgpattorneys.com
Florida Bar Number: 115578
*Attorney for Plaintiff*